```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 27285
   SAMUEL LEE WIGGINS
   LAURA MARIE WIGGINS                       CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
             Debtor
   SSN XXX-XX-2906      SSN XXX-XX-1697

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/10/08 .

     2.  Case reassigned to Lydia Meyer, Trustee, 10/15/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00         .00        .00           .00
PRINCIPAL PAID           .00          .00         .00        .00           .00
INTEREST PAID            .00          .00         .00        .00           .00
TOTAL PAID               .00          .00         .00        .00           .00
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $        .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




     Dated: 01/22/09                   /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
      CASE NO. 08 B 27285 SAMUEL LEE WIGGINS & LAURA MARIE WIGGINS
```